1   Richard P. Sybert, Bar No. 80731
    rsybert@gordonrees.com
2   GORDON & REES LLP
    101 West Broadway, Suite 1600
3   San Diego, California 92101
    tel (619) 696-6700 / fax (619) 696-7124
4
    Aaron P. Rudin, Bar No. 223004
5   arudin@gordonrees.com
    GORDON & REES LLP
6   633 West Fifth Street, Suite 4900
    Los Angeles, California 90071
7   tel (213) 576-5000 / fax (213) 680-4470

8   Dion N. Cominos, Bar No. 136522
    dcominos@gordonrees.com
9   GORDON & REES LLP
    275 Battery Street, Suite 2000
10  San Francisco, California 94111
    tel (415) 986-5900 / fax (415) 986-8054
11
    Attorneys for Defendant
12  APPLE-BAY EAST, INC.

13

14

15              UNITED STATES DISTRICT COURT

16      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

17  ROBERT DISTER, on behalf of himself and   )   CASE NO. 07-CV-01377 SBA
    all others similarly situated,            )
18                                            )   STIPULATION AND
                            Plaintiff,        )   [PROPOSED] ORDER TO
19                                            )   STRIKE PORTIONS OF THE
                     v.                       )   COMPLAINT
20                                            )
    APPLEBEE'S INTERNATIONAL, INC. and )      Hon. Saundra B. Armstrong
21  APPLE-BAY EAST, INC.,                     )   Date:       May 23, 2007
                                              )   Time:       Not Applicable
22                          Defendants.       )   Courtroom: 3
                                              )
23

24      The parties hereby submit the following Stipulation and Proposed Order for

25  the Court's consideration:

26      WHEREAS, on March 8, 2007, Plaintiff Robert Dister ("Plaintiff") filed his

27  Complaint against Defendant Apple-Bay East, Inc. ("Defendant") alleging, among

28  / / /

1  other things, that Defendant violated, and continues to violate, certain provisions of

2  15 U.S.C. § 1681, *et seq.;* and

3  WHEREAS, Defendant generally denies the allegations of Plaintiff's

4  Complaint and contends that Plaintiff is not entitled to seek injunctive relief

5  pursuant to his claim(s) under 15 U.S.C. § 1681, *et seq.*; and

6  WHEREAS, Plaintiff denies that he is not entitled to seek injunctive relief

7  for his claim(s); and

8  WHEREAS, Plaintiff and Defendant seek to resolve this dispute without

9  incurring the time and expense of formal motion practice;

10  NOW THEREFORE, Plaintiff and Defendant stipulate and agree that any

11  request for or reference to injunctive relief or remedies in the Complaint herein

12  shall be stricken, and specifically, to strike the following portions of the Complaint:

13  1)  Page 3, Paragraph 5, lines 7 through 10:

14  ". . . and a permanent injunction enjoining Defendants from continuing their

15  unlawful practice of willfully violating FACTA's provisions intended to safeguard

16  against identity theft and credit and debit card fraud."

17  2)  Page 7, Paragraph 23(d), lines 1 through 3:

18  "Whether Plaintiff and members of CLASS A and CLASS B are entitled to a

19  permanent injunction enjoining Defendants from continuing to engage in their

20  unlawful conduct."

21  3)  Page 8, Paragraph 26, lines 5 through 8:

22  "Injunctive Relief: Defendants has (sic) acted on grounds generally applicable to

23  the members of CLASS A and CLASS B, thereby making appropriate final

24  injunctive relief with respect to the CLASS A and CLASS B as a whole."

25  4)  Page 12, Paragraph 46, lines 22 through 23:

26  "Defendants' conduct is continuing and, unless restrained, Defendants will

27  continue to engage in their unlawful conduct."

28  ///

1        5)     Page 13, Prayer for Relief Paragraph 6, lines 17 through 19:

2   "A permanent injunction enjoining Defendants and each of them from engaging in

3   their unlawful violations of FACTA. . . ."

4

5   DATED: May 23, 2007              GORDON & REES LLP

6

7

8                                       Richard P. Sybert
                                       Dion N. Cominos

9                                       Aaron P. Rudin
                                       Attorneys for Defendant

10                                     APPLE-BAY EAST, INC.

11

12  DATED: May 23, 2007              KELLER GROVER LLP

13

14                                        Eric A. Grover
                                       Jade Butman

15                                     Elizabeth A. Acevedo
                                     Attorneys for Plaintiff

16                                     ROBERT DISTER

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the following portions of Plaintiff's Complaint are hereby stricken:

1) Page 3, Paragraph 5, lines 7 through 10:

". . . and a permanent injunction enjoining Defendants from continuing their unlawful practice of willfully violating FACTA's provisions intended to safeguard against identity theft and credit and debit card fraud."

2) Page 7, Paragraph 23(d), lines 1 through 3:

"Whether Plaintiff and members of CLASS A and CLASS B are entitled to a permanent injunction enjoining Defendants from continuing to engage in their unlawful conduct."

3) Page 8, Paragraph 26, lines 5 through 8:

"Injunctive Relief: Defendants has (sic) acted on grounds generally applicable to the members of CLASS A and CLASS B, thereby making appropriate final injunctive relief with respect to the CLASS A and CLASS B as a whole."

4) Page 12, Paragraph 46, lines 22 through 23:

"Defendants' conduct is continuing and, unless restrained, Defendants will continue to engage in their unlawful conduct."

5) Page 13, Prayer for Relief Paragraph 6, lines 17 through 19:

"A permanent injunction enjoining Defendants and each of them from engaging in their unlawful violations of FACTA. . . ."

**IT IS SO ORDERED.**

DATED: May 29, 2007

The Honorable Saundra B. Armstrong
U.S. District Court Judge

PROOF OF SERVICE

   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On May 23, 2007, I served the within documents:

   STIPULATION AND [PROPOSED] ORDER TO STRIKE PORTIONS OF THE COMPLAINT

☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

   See Attached Service List

   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

   I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

   Executed on May 23, 2007, at Los Angeles, California.


_____
Laurie Ruehle

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

ZRCAI/1045363/111878v.1

Service List

Mark R. Thierman, Esq.
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500
Fax: (775) 703-5027
*Attorneys For Plaintiff*

Scott Bernstein, Esq.
LAW OFFICES OF SCOTT
BERNSTEIN
10510 Superfortress Ave., Suite C
Mather Field, CA 95655
Tel: (916) 447-0100
Fax: (916)
*Attorneys For Plaintiff*

Eric A. Grover, Esq.
Jade Butman, Esq.
Elizabeth A. Acevedo, Esq.
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Tel: (415) 543-1305
Fax: (415) 543-7861
*Attorneys For Plaintiff Robert Dister*

Steven L. Miller, Esq.
STEVEN L. MILLER, A
PROFESSIONAL LAW
CORPORATION
16133 Ventura Blvd., Ste. 1200
Encino, CA 91436
Tel: (818) 986-8900
Fax: (818) 990-7900
*Attorneys For Plaintiff*

Scott A. Miller, Esq.
LAW OFFICES OF SCOTT A.
MILLER, APC
16133 Ventura Blvd., Ste. 1200
Encino, CA 91436
Tel: (818) 788-8081
Fax: (818)
*Attorneys For Plaintiff*

-2-

ZRCAI/1045363/111878v.1