Eric A. Grover (Bar No. 136080)
eagrover@kellergrover.com
Denise L. Díaz (Bar No. 159516)
ddiaz@kellergrover.com
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305; Fax: (415) 543-7861
Attorneys for Plaintiff Robert Dister
(*Additional counsel identified on signature page*)

Richard P. Sybert (Bar No. 80731)
rysbert@gordonrees.com
**GORDON & REES LLP**
101 West Broadway, Suite 1600
San Diego, California 92101
Tel. (619) 696-6700; Fax (619) 696-7124
Attorneys for Defendant Apple-Bay East, Inc.
(*Additional counsel identified on signature page*)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DISTER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLEBEE'S INTERNATIONAL, INC. and APPLE-BAY EAST, INC., <br><br> Defendants. | Case No.: C 07-01377 SBA <br><br> Hon. Saundra B. Armstrong <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br> **Date:** March 5, 2008 <br> **Time:** 3:30 p.m. (Telephonic) |

| | |
|---|---|
| 1 | WHEREAS Plaintiff Robert Dister ("Plaintiff") and Defendant Apple-Bay East, Inc. |
| 2 | ("Defendant") have agreed to settle this case; |
| 3 | WHEREAS a Joint Case Management Conference Statement is due today, February 20, |
| 4 | 2008, in advance of a Case Management Conference that is scheduled for March 5, 2008; |
| 5 | WHEREAS the parties need additional time to finalize their settlement; |
| 6 | **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, through their |
| 7 | attorneys of record, that the Case Management Conference in this case scheduled for March 5, |
| 8 | 2008 be continued by thirty (30) days to allow the parties additional time to finalize the |
| 9 | settlement and resolution of this case. |

Dated: February 22, 2008         **KELLER GROVER LLP**

By: _____/s/_____
Eric A. Grover
Denise L. Díaz

Attorneys for Plaintiff
Robert Dister

Dated: February 22, 2008         **GORDON & REES LLP**

By: _____/s/_____
Richard P. Sybert
Aaron Rudin

Attorney for Defendant
Apple-Bay East, Inc.

1

STIPULATION AND PROPOSED ORDER
RE: CONTINUANCE OF CMC                                              Case No. C 07-01377 SBA

*Additional counsel for Plaintiff:*

Mark R. Thierman (Bar No. 72913)
laborlawyer@pacbell.net
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
tel (775) 284-1500 / fax (775) 703-5027

Scott A. Miller (Bar No. 230322)
millaw@sbcglobal.net
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
tel (818) 788-8081 / fax (818) 788-8080

Steven L. Miller (Bar No. 106023)
stevenlmiller@sbcglobal.net
**STEVEN L. MILLER,**
  **A PROFESSIONAL LAW CORPORATION**
stevenlmiller@sbcglobal.net
16133 Ventura Blvd. Suite 1200
Encino, California 91436
tel (818) 986-8900 / fax (818) 990-7900

*Additional counsel for Defendant:*

Aaron P. Rudin (Bar No. 223004)
arudin@gordonrees.com
**GORDON & REES LLP**
633 West Fifth Street, Suite 4900
Los Angeles, California 90071
tel (213) 576-5000 / fax (213) 680-4470

Dion N. Cominos (Bar No. 136522)
dcominos@gordonrees.com
**GORDON & REES LLP**
275 Battery Street, Suite 2000
San Francisco, California 94111
tel (415) 986-5900 / fax (415) 986-8054

1 **ORDER**

2 The Case Management Conference currently set for March 5, 2008 at 3:30 p.m. is
3 hereby continued to     APRIL 2, 2008 @ 3:00 P.M. VIA TELEPHONE. The parties will file a
4 joint case management statement on March 24, 2008.

5 **IT IS SO ORDERED.**

6 Date:  2/22/08

7 _____
United States District Judge