1 | Eric A. Grover (Bar No. 136080)
2 | eagrover@kellergrover.com
  | Denise L. Díaz (Bar No. 159516)
3 | ddiaz@kellergrover.com
  | **KELLER GROVER LLP**
4 | 425 Second Street, Suite 500
  | San Francisco, California 94107
5 | Tel. (415) 543-1305; Fax: (415) 543-7861
6 | Attorneys for Plaintiff Robert Dister
  | (*Additional counsel identified on*
7 | *signature page*)

8 |
  | Richard P. Sybert (Bar No. 80731)
9 | rysbert@gordonrees.com
  | **GORDON & REES LLP**
10| 101 West Broadway, Suite 1600
  | San Diego, California 92101
11| Tel. (619) 696-6700; Fax (619) 696-7124
12| Attorneys for Defendant Apple-Bay
  | East, Inc.
13| (*Additional counsel identified on*
14| *signature page*)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DISTER, on behalf of himself and all others similarly situated, | Case No.: C 07-01377 SBA |
| Plaintiff, | Hon. Saundra B. Armstrong |
| v. | <u>CLASS ACTION</u><br>  AMENDED<br>**STIPULATION AND ORDER RE:** |
| APPLEBEE'S INTERNATIONAL, INC. and APPLE-BAY EAST, INC., | **CONTINUANCE OF CASE**<br>**MANAGEMENT CONFERENCE** |
| Defendants. | **Date:** March 5, 2008<br>**Time:** 3:30 p.m. (Telephonic) |

1  WHEREAS Plaintiff Robert Dister ("Plaintiff") and Defendant Apple-Bay East, Inc. ("Defendant") have agreed to settle this case;

WHEREAS a Joint Case Management Conference Statement is due today, February 20, 2008, in advance of a Case Management Conference that is scheduled for March 5, 2008;

WHEREAS the parties need additional time to finalize their settlement;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, through their attorneys of record, that the Case Management Conference in this case scheduled for March 5, 2008 be continued by thirty (30) days to allow the parties additional time to finalize the settlement and resolution of this case.

Dated: February 22, 2008  **KELLER GROVER LLP**

By:  /s/
Eric A. Grover
Denise L. Díaz

Attorneys for Plaintiff
Robert Dister


Dated: February 22, 2008  **GORDON & REES LLP**

By:  /s/
Richard P. Sybert
Aaron Rudin

Attorney for Defendant
Apple-Bay East, Inc.

1

STIPULATION AND PROPOSED ORDER
RE: CONTINUANCE OF CMC                                    Case No. C 07-01377 SBA

1
2   *Additional counsel for Plaintiff:*
3
    Mark R. Thierman (Bar No. 72913)
4   laborlawyer@pacbell.net
    **THIERMAN LAW FIRM**
5   7287 Lakeside Drive
    Reno, Nevada 89511
6   tel (775) 284-1500 / fax (775) 703-5027

7   Scott A. Miller (Bar No. 230322)
    millaw@sbcglobal.net
8   **LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
    16133 Ventura Blvd. Suite 1200
9   Encino, California 91436
    tel (818) 788-8081 / fax (818) 788-8080
10

11  Steven L. Miller (Bar No. 106023)
    stevenlmiller@sbcglobal.net
12  **STEVEN L. MILLER,**
      **A PROFESSIONAL LAW CORPORATION**
13  stevenlmiller@sbcglobal.net
    16133 Ventura Blvd. Suite 1200
14  Encino, California 91436
    tel (818) 986-8900 / fax (818) 990-7900
15

16  *Additional counsel for Defendant:*
17
    Aaron P. Rudin (Bar No. 223004)
18  arudin@gordonrees.com
    **GORDON & REES LLP**
19  633 West Fifth Street, Suite 4900
    Los Angeles, California 90071
20  tel (213) 576-5000 / fax (213) 680-4470

21
    Dion N. Cominos (Bar No. 136522)
22  dcominos@gordonrees.com
    **GORDON & REES LLP**
23  275 Battery Street, Suite 2000
    San Francisco, California 94111
24  tel (415) 986-5900 / fax (415) 986-8054
25
26
27
28

2

STIPULATION AND PROPOSED ORDER
RE: CONTINUANCE OF CMC                                    Case No. C 07-01377 SBA

1 **ORDER**

2     The Case Management Conference currently set for March 5, 2008 at 3:30 p.m. is
3 hereby continued to    APRIL 2, 2008 @ 3:00 P.M. VIA TELEPHONE. The parties will file a
4 joint case management statement on March 24, 2008.

5     **IT IS SO ORDERED.**

6 Date:  2/22/08                             *Sandra B. Armstrong*
7                                    United States District Judge

8
9
...
28

3