1 | Eric A. Grover, Bar No. 136080
eagrover@kellergrover.com
2 | **KELLER GROVER LLP**
425 Second Street, Suite 500
3 | San Francisco, California 94107
Tel (415) 543-1305 / Fax (415) 543-7861
4

Attorneys for Plaintiff
5 | *Robert Dister*

6 | Richard P. Sybert, Bar No. 80731
Rsybert@Gordonrees.Com
7 | **GORDON & REES LLP**
101 West Broadway, Suite 1600
8 | San Diego, California 92101
Tel (619) 696-6700 / Fax (619) 696-7124
9

Attorneys For Defendant
10 | *Apple-Bay East, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT DISTER, on behalf of himself and all others similarly situated, | Case No.: C 07-01377 SBA |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION OF DISMISSAL** |
| v. | |
| APPLEBEE'S INTERNATIONAL, INC. and APPLE-BAY EAST, INC.. | |
| Defendants. | |

[PROPOSED] ORDER RE:
STIPULATION OF DISMISSAL

Case No.: C 07-01377 SBA

1   **PLEASE TAKE NOTICE THAT**, on April 9, 2008, pursuant to FED.R.CIV.P. 41(a)(1),
2   Plaintiff ROBERT DISTER ("Plaintiff") and Defendant APPLE-BAY EAST, INC.
3   ("Defendant"), filed a stipulation of dismissal to dismiss with prejudice of Plaintiff's individual
4   action against Defendant and to dismiss without prejudice the allegations asserted on behalf of the
5   putative class.  (Dkt. No. 70.)  The parties hereby submit a proposed order regarding their
6   stipulation of dismissal, as requested by the Court on April 22, 2008.

7   Dated:      April 25, 2008                    **KELLER GROVER LLP**

9                                                  By:  /s/Eric A. Grover
10                                                      ERIC A. GROVER
11                                                 Attorneys for Plaintiff
12                                                 *ROBERT DISTER*

13  Dated:      April 25, 2008                    **GORDON & REES LLP**

15                                                 By:  /s/Richard P. Sybert
16                                                      RICHARD P. SYBERT
17                                                 Attorneys for Defendant
18                                                 *APPLE-BAY EAST, INC.*

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL          1          Case No.: C 07-01377 SBA

## ORDER

**UPON THE STIPULATION** of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby dismisses WITH PREJUDICE the individual action of Plaintiff Robert Dister ("Plaintiff") against Defendant Apple-Bay East, Inc. The Court dismisses WITHOUT PREJUDICE the allegations asserted on behalf of the putative class.

**IT IS SO ORDERED.**

Dated: 4/24/08

*Saundra B. Armstrong*
Honorable Saundra B. Armstrong
United States District Judge